[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 7, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16860
Non-Argument Calendar

_____

D. C. Docket No. 00-00468-CR-T-17-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS MIGUEL PORTO-CARREDO ESTUPINAN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(June 7, 2006)

Before CARNES, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Luis Miguel Porto-Carredo Estupinan, pro se, appeals the district court's

denial of his motion to correct an illegal sentence, pursuant to 18 U.S.C. §§ 3582(c), and/or 3742(a). Because Estupinan's sentence was final when he filed his motion, the district court correctly determined that it lacked jurisdiction to entertain the motion.

**AFFIRMED.**